UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R & B OF THE PACIFIC,<br><br>Plaintiff,<br><br>v.<br><br>ALAN PRICE and PRO SPORT INSTALLATIONS LLC,<br><br>Defendants. | No. 2:18-cv-03257 KJM AC<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On October 3, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 17. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

/////

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 3, 2019, are adopted in full;
2. Plaintiff's August 29, 2019 motion for default judgment (ECF No. 15) is GRANTED;
3. The court enters judgment against all defendants in the amount of $39,821.52, reflecting actual cost and prejudgment interests; and
4. This case is closed.

DATED: November 19, 2019.

_____
UNITED STATES DISTRICT JUDGE